UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : CASE NO. 1:10-CR-181-2 |
| | : |
| RAYMOND JONES, | : |
| Defendant | : |

*O R D E R*

AND NOW, this 15th day of February, 2017, in accord with the accompanying memorandum, it is ORDERED that:

(1) Defendant's petition for a writ of mandamus (Doc. 185) is DENIED.

(2) Defendant's motion for leave to proceed in forma pauperis (Doc. 186) is DISMISSED as moot.

(3) Defendant's motion (Doc. 187) for an order to show cause is DENIED.

/s/ William W. Caldwell
William W. Caldwell
United States District Judge