UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RAYMOND JONES,<br>    Petitioner<br><br>v.<br><br>WILLIAM A. BEHE, Assistant U.S. Attorney,<br>    Respondent | :<br>:<br>:<br>:   CASE NO. 1:17-CV-493<br>:<br>:<br>:<br>:<br>: |

*ORDER*

AND NOW, this 27th day of June, 2017, upon consideration of Petitioner's motion (Doc. 11) for reconsideration under Federal Rule of Civil Procedure 59(e), and in accord with the accompanying memorandum, it is ORDERED that the motion is DENIED.

                                        /s/ William W. Caldwell
                                        William W. Caldwell
                                        United States District Judge